No. 99–8602. Cox v. Hooks, Warden. C. A. 11th Cir. Certiorari denied.

No. 99–8604. Powell v. Texas. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 99–8605. Scott v. Illinois. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 99–8606. Reynolds v. Galaza, Warden. C. A. 9th Cir. Certiorari denied.

No. 99–8610. Thompkins v. Hicks, Warden. C. A. 11th Cir. Certiorari denied.

No. 99–8611. Thompson v. Johnson, Director, Texas Department · of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 99–8620. Moore v. Relin. C. A. 2d Cir. Certiorari denied.

No. 99–8622. Love v. Cuyahoga County Prosecutor's Office et al. Sup. Ct. Ohio. Certiorari denied.

No. 99–8626. Collins v. G/H Contracting Co. et al. C. A. 6th Cir. Certiorari denied.

No. 99–8640. Hukill v. Auto Care, Inc., et al. C. A. 4th Cir. Certiorari denied.

No. 99–8660. Whiting v. Scott, Executive Director, Texas Department of Criminal Justice, et al. C. A. 5th Cir. Certiorari denied.

No. 99–8662. Worthington v. Missouri. Sup. Ct. Mo. Certiorari denied.

No. 99–8665. Biggs v. Borg, Warden. C. A. 9th Cir. Certiorari denied.

No. 99–8674. Poe v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.